UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHENG FANG et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANTONY J. BLINKEN, Secretary of State ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 21-cv-01705 (APM) |

**ORDER**

This case involves 20 Plaintiffs who are Chinese or Russian nationals awaiting immigrant visas under the EB-5 Immigrant Investor Regional Center Program. *See* Compl., ECF No. 1, ¶¶ 9, 15–32. Plaintiffs allege that certain Presidential Proclamations and the State Department's implementation of those Proclamations have thwarted their efforts at securing visas. *See id.* ¶¶ 2– 12. They ask for entry of an injunction ordering the immediate processing of their visa applications. Pls.' Mem. of P & A in Supp. of Mot. for Prelim. Inj. or APA Section 705 Stay, ECF No. 25. Unfortunately for Plaintiffs, their request for injunctive relief is now moot. Two days after the case was transferred to this court, *see* Minute Entry, ECF No. 46, the EB-5 program lapsed, when Congress failed to renew it. According to a notice posted on the U.S. Citizenship and Immigration Services website, "[s]tatutory authorization for the EB-5 Immigrant Investor Regional Center Program ended at midnight on June 30, 2021." *Id.*[1] USCIS further states that "[u]ntil further notice, we will hold (that is, not act on) any pending petition or application of these

---

[1] *See* https://www.uscis.gov/working-in-the-united-states/permanent-workers/employment-based-immigration-fifth-preference-eb-5/eb-5-immigrant-investor-regional-centers/approved-eb-5-immigrant-investor-regional-centers (last visited October 5, 2021).

form types that is dependent on the lapsed statutory authority and was filed before the end of the statutory authorization." *Id.* Accordingly, the court cannot grant the preliminary relief that Plaintiffs request. Plaintiffs' request for preliminary injunction is therefore denied.

The parties shall appear for a remote status conference on October 20, 2021, at 10:30 a.m., to discuss whether this matter should be dismissed as moot in its entirety.

Dated: October 5, 2021

Amit P. Mehta
United States District Court Judge